IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDREW GOESEL, et al., etc., )
)
                Plaintiffs, )
)
  v. ) No. 09 C 4595
)
BOLEY INTERNATIONAL (H.K.) LTD., )
et al., )
)
                Defendants. )

## MEMORANDUM ORDER

Boley International (H.K.) Ltd. ("Boley") has served notice of its presentment on October 8 of proposed amendments to Complaint ¶¶28-34, based on its counsel's having missed the September 29 filing date set by this Court's September 21 memorandum order ("Order"). This Court never denies a request for such a short extension on grounds of untimeliness--but in this instance the proposed pleading is itself unacceptable.

If Boley and its counsel wish to get the benefit of a <u>deemed</u> denial, Fed. R. Civ. P. ("Rule") 8(b)(5) and the Order define the path that must be taken. <u>Actual</u> denials that are said to be "based on a lack of sufficient information" do not conform to Rule 11's requirements of subjective and objective good faith. Boley's motion is denied.

                                        _____
                                        Milton I. Shadur
                                        Senior United States District Judge

Date: October 6, 2009