IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANDREW GOESEL, et al., etc., )
                              )
           Plaintiffs,        )
                              )
    v.                        )    No. 09 C 4595
                              )
BOLEY INTERNATIONAL (H.K.) LTD., )
et al.,                       )
                              )
           Defendants.        )

## MEMORANDUM ORDER

On August 24, 2009 this Court announced its oral ruling granting the then-pending summary judgment motion by Boley Corporation seeking its dismissal from this action. In accordance with the current agreement of the parties, this Court expressly determines pursuant to Fed. R. Civ. P. 54(b) that there is no just reason for delay in connection with that summary judgment, and it accordingly directs entry of a final judgment in favor of Boley Corporation and against Andrew Goesel and Christine Goesel, both individually and as next friend of minor Cole Goesel. This action remains pending as to the remaining parties.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 17, 2009